IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALFREDO VEGA,

    Plaintiff,

v.

WILLIAM POLLARD,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-155-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____       6/19/12
Peter Oppeneer, Clerk of Court             Date