IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALFREDO VEGA,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　12-cv-155-bbc

WILLIAM POLLARD,

    Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.


_____　　　　_6/19/12_
Peter Oppeneer, Clerk of Court　　　　　　　　Date